

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
FRANK MENSCHEL,                 :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :    STIPULATION AND ORDER
                                :    07 Civ. 5629 (PAC)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from December 3, 2007 to and including February 1, 2008.  This extension is requested

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       November 14, 2007

*[signature]*

FRANK MENSCHEL
Plaintiff Pro Se
67 Chippewa Road
Yonkers, New York 10710
Telephone No. (914)450-7476

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712

SO ORDERED:

*[signature]*
U.S.M.J.
11/30/2007