


MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

◻ ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
FRANK MENSCHEL,                   :
                                  :
             Plaintiff,           :
                                  :
        - v. -                    :
                                  :          STIPULATION AND ORDER
                                  :          07 Civ. 5629 (PAC)(GWG)
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
             Defendant.           :
                                  :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 1, 2008

to and including March 24, 2008.  This extension is requested

because the administrative record has not yet been received by the defendant's counsel.   One previous extension has been granted in this case.

Dated: New York, New York
      January ' , 2008

FRANK MENSCHEL
Plaintiff Pro Se
67 Chippewa Road
Yonkers, New York 10710
Telephone No. (914)450-7476

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2712

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE