UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANK MENSCHEL,                               :

        Plaintiff,                        :     **SCHEDULING ORDER**

       -against-                                :
                                                    07 Civ. 5629 (PAC)(GWG)
MICHAEL J. ASTRUE,                          :
        Defendant.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

     1. On or before May 12, 2008, defendant shall serve and file a motion for judgment on the pleadings.

     2. On or before June 11, 2008, plaintiff shall serve and file a memorandum of law in opposition.

     3. On or before June 25, 2008, defendant may serve and file a memorandum of law in reply.

     4. Should plaintiff fail to oppose defendant's motion, this Court will decide the motion based solely on the defendant's submission.

     SO ORDERED.

Dated: New York, New York
       March 26, 2008

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge

Copies mailed to:

Frank Menschel
67 Chippawa Road
Yonkers, NY  10710

John E. Gura, Jr.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  1`0007