

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMORANDUM ENDORSED**

86 Chambers Street
New York, New York 10007

May 9, 2008

BY FAX
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312

    Re: <u>Frank Menschel v. Astrue</u>
        07 Civ. 5629 (PAC)(GWG)

Dear Magistrate Judge Gorenstein:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time to file defendant's motion for judgment on the pleadings.

    Pursuant to the court's order of March 26, 2008, defendant's motion is due to be served and filed on or before Monday, May 12, 2008; plaintiff's response is due on or before June 11, 2008; and defendant's reply is due on or before June 25, 2008. I have recently been assigned to this matter and have not yet been able to complete my review of the record. Accordingly, I respectfully request a thirty-day extension of time to file defendant's motion, until June 11, 2008, and accordingly, a thirty-day extension of plaintiff's time to file his response, to July 11, 2008, and a thirty-day extension of time to file defendant's reply, to July 25, 2008. This is the government's first request for an adjournment of the briefing schedule. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Frank Menschel, <u>Pro Se</u>

*Granted.*
SO ORDERED. DATE: 5/9/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

TOTAL P.02