Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York N.Y. 10007

Frank Menschel
67 Chippeewa Road
Yonkers New York 10710

June 25, 2008



Dear Judge Gorenstein

I have received Memo of Law from Susan Branagan, Assistant U.S. Attorney.

The memo was mailed on June 11, and I received it on June 17, 6 days later. I will need some extra time to go through the transcript and respond to the Memo of Law.

I would appreciate an additional months time to respond.
I have already contacted Ms. Branagan and she has no problem with the extension.

Thank you very much for your consideration in this matter.

Sincerely yours,


Frank Menschel

cc: Susan C. Branagan

*Extension to July 25, 2008 granted. Any reply be defendant due by August 18, 2008*

SO ORDERED: DATE: 6/27/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE