MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750



ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP __ ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
FRANK MENSCHEL,                    :
                                   :
                  Plaintiff,       :
                                   :
         - v. -                    :    STIPULATION AND ORDER
                                   :         OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :    07 Civ. 5629 (PAC)(GWG)
Social Security,                   :
                  Defendant.       :
- - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff <u>pro se</u>, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       August 27, 2008

By: _____
FRANK MENSCHEL
Plaintiff <u>Pro Se</u>
67 Chippewa Road
Yonkers, New York 10710
Telephone No. (914) 450-7476

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED: _____ SEP 10 2008
UNITED STATES DISTRICT JUDGE

Copies Mailed By Chambers